UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS WILLARD,

      Plaintiff,

v.

HUNTINGTON FORD, INC.,

      Defendant.
_____/

Case No. 17-14202

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [16]**

Before the Court is Defendant Huntington Ford, Inc.'s Motion for Summary Judgment [16] filed on November 15, 2018. Plaintiff Dennis Willard, through counsel, filed a Response [18] on January 3, 2019. Defendant filed a Reply [20] on January 16, 2019. On June 25, 2019, the Court held a hearing on the Motion.

For the reasons stated on the record,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**.

**SO ORDERED**.

                s/Arthur J. Tarnow
                Arthur J. Tarnow
Dated: June 26, 2019     Senior United States District Judge