UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS WILLARD,

       Plaintiff,

v.

HUNTINGTON FORD, INC.,

       Defendant.

_____/

Case No. 17-14202

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

## JUDGMENT

All issues having been resolved by the Court's Order [22] of June 26, 2019,

**THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 26th day of June 2019.

       DAVID J. WEAVER
       CLERK OF THE COURT

       BY:s/Michael E. Lang
       Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE