UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DENNIS J. WILLARD

        Plaintiff(s),

v.

HUNTINGTON FORD, INC.

        Defendant(s).
_____/

Case No. 2:17-cv-14202

Judge Arthur J. Tarnow

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF APPEAL

Notice is hereby given that __Dennis J. Willard__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☐ Order

☑ Other: Order Granting Defendant's Motion for Summary Judgment (Dkt #22) and Judgment (Dkt #23)

entered in this action on __June 26, 2019__.

Date: July 10, 2019

Counsel is: RETAINED

/s/Brian J. Farrar

P79404
Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Pkwy.,
Suite 250
Bloomfield Hills, MI 48304
(248) 644-1500
bfarrar@sterlingattorneys.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.