# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 02, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

        Re: Case No. 19-1763, *Dennis Willard v. Huntington Ford, Inc.*
            Originating Case No. : 2:17-cv-14202

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                          Sincerely yours,

                          s/Maddison R Edelbrock
                          For Robin Jonshon

cc: Ms. Ebony L. Duff
    Mr. Brian J. Farrar
    Ms. Lauren Ann Saad
    Mr. Raymond J. Sterling

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-1763

_____

Filed: April 02, 2020

DENNIS J. WILLARD

    Plaintiff - Appellant

v.

HUNTINGTON FORD, INC.

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 03/11/2020 the mandate for this case hereby issues today.

COSTS: None