UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

───────

DENNIS J. WILLARD,

        Plaintiff,

vs.

HUNTINGTON FORD, INC.,
a Michigan corporation,

        Defendant.

Case No. 2:17-cv-14202
Hon. Gershwin A. Drain

_____/

| | |
|---|---|
| Raymond J. Sterling (P34456) | Ebony L. Duff (P65431) |
| Brian J. Farrar (P79404) | John J. Gillooly (P41948) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| STERLING ATTORNEYS AT LAW, P.C. | GARAN LUCOW MILLER, P.C. |
| 33 Bloomfield Hills Pkwy., Ste. 250 | 1155 Brewery Park Blvd., Suite 200 |
| Bloomfield Hills, MI 48304 | Detroit, MI 48207 |
| (248) 644-1500 | 313.446.5543 |
| rsterling@sterlingattorneys.com | eduff@garanlucow.com |
| bfarrar@sterlingattorneys.com | jgillooly@garanlucow.com |

_____/

**STIPULATED ORDER SUBSITUTING
PARTY FOLLOWING THE DEATH OF PLAINTIFF**

At a status conference on April 1, 2022, counsel for plaintiff informed the Court that plaintiff had passed away and that an estate was being opened in Lapeer County, MI, where plaintiff resided.

By Order of the Lapeer County Probate Court dated May 3, 2022, Dean E. Patrick, has been appointed personal representative of plaintiff's estate (a copy of the *Letters of Authority for Personal Representative* is attached as **Exhibit A**).

In light of plaintiff's death and the appointment of a personal representative, and to avoid motion practice on this issue, the parties stipulate and agree to the following:

1. Dean E. Patrick shall be substituted for plaintiff in this matter; and

2. The caption shall be amended to identify Dean E. Patrick as Personal Representative of Dennis J. Willard, deceased.

All dates in the Court's April 11th Scheduling Order shall proceed as scheduled.

SO ORDERED.

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Judge

Dated: May 23, 2022

We stipulate to entry of
the foregoing order:

By: /s/ Brian J. Farrar
Brian J. Farrar (P79404)
Attorney for Plaintiff

By: /s/Ebony L. Duff *w/permission*
Ebony L. Duff (P65431)
Attorney for Defendant

Dated: May 20, 2022

Dated: May 20, 2022